

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00302-CV

———————————————————

IN RE RODOLFO G. ROSA, Relator

---

Original Proceeding
211th District Court of Denton County, Texas
Trial Court No. 15-08449-211

---

Before Bassel, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied.

Per Curiam

Delivered: September 24, 2021